# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| JAMES GREGORY LAWSON, ) | |
| ) | NO._____ |
| Plaintiff, ) | |
| v. ) | JUDGE_____ |
| ) | |
| CVS PHARMACY, INC; TENNESSEE ) | MAGISTRATE JUDGE |
| CVS PHARMACY, LLC; and DIMUCCI ) | _____ |
| BRAINERD PROPERTY LLC, ) | |
| ) | JURY DEMAND |
| Defendants. ) | |
| ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1332, 1441, and 1446, Defendants CVS Pharmacy, Inc. and Tennessee CVS Pharmacy, LLC ("Defendants" or "CVS"), by and through counsel, files this Notice of Removal of this action from the Circuit Court of Hamilton County, Tennessee, where it is now pending, to the United States District Court for the Eastern District of Tennessee based upon diversity of citizenship and an amount in controversy exceeding $75,000. The grounds for removal are as follows:

1. This action was commenced on or about January 3, 2023, by Plaintiff James Gregory Lawson ("Plaintiff") filing the Complaint in the Hamilton County Circuit Court in Chattanooga, Tennessee, Case No. 23C105 (the "Complaint"). True and accurate copies of the pleadings served upon Defendants in this action are attached as Exhibit A.

2. The Complaint was served on CVS on or about January 9, 2021.

3. The Complaint contains allegations of negligence for an alleged accident in which Plaintiff was involved and allegedly sustained injuries. In his Complaint, Plaintiff demands a judgment in the amount of Three Hundred Fifty Thousand Dollars and No Cents ($350,000).

4. Plaintiff is a citizen and resident of Hamilton County, Tennessee.

5. Defendant CVS Pharmacy, Inc. is a corporation incorporated under the laws of the State of Rhode Island with its principal place of business and headquarters in Woonsocket, Rhode Island.

6. Defendant Tennessee CVS Pharmacy, LLC is a limited liability company organized under the laws of the State of Tennessee and is a citizen of the State of Rhode Island, where its sole member resides. *See Delay v. Rosenthal Collins Grp., LLC*, 585 F.3d 1003, 1005 (6th Cir. 2009). The sole member of Tennessee CVS Pharmacy, LLC is CVS Pharmacy, Inc., a Rhode Island corporation with its principal place of business and headquarters in Woonsocket, Rhode Island. Tennessee CVS Pharmacy, LLC owns and operates CVS Store #05665, which is located at 8034 E Brainerd Road, Chattanooga, TN 37421.

7. Defendant DiMucci Brainard Property LLC is a limited liability company organized under the laws of the State of Illinois with its principal place of business located at 285 W Dundee Road, Palatine, IL 60074.

8. The United States District Court for the Eastern District of Tennessee has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 as there is complete diversity of the parties, and the amount in controversy exceeds $75,000 exclusive of interest and costs.

9. The Notice of Removal is being filed within thirty (30) days after service of the Plaintiff's Complaint on Defendant; therefore, the removal is timely in accordance with 28 U.S.C. § 1446(b)(1).

10. A copy of this Notice of Removal is being served by U.S. mail on counsel for Plaintiff, and a Notice of Filing of Notice of Removal is being filed with the Hamilton County Circuit Court in Chattanooga, Tennessee, in accordance with 28 U.S.C. § 1446(d). (Copies of those

notices are attached as <u>Exhibit B</u>.) The necessary filing fees have been paid simultaneously with the filing of the Notice of Removal.

11. CVS demands a jury to try this case.

12. Upon information and belief, Defendant DiMucci Brainerd Property, LLC ("DiMucci") has not yet been served and, as evidence of this, a return on service for DiMucci has not been filed with the Circuit Court for Hamilton County, Tennessee, as of the date of this filing. Pursuant to 28 U.S.C. § 1446, DiMucci's consent to the removal of this action is not required. *See* 28 U.S.C. § 1446(b)(2)(A). Notwithstanding the foregoing, counsel for CVS have attempted to contact DiMucci to secure DiMucci's consent to the removal of this action and have been unsuccessful in doing so. True and correct copies of counsel for CVS's letter to DiMucci regarding removal of this action and obtaining DiMucci's consent to the same are attached hereto as <u>Exhibit C</u>.

WHEREFORE, Defendants CVS Pharmacy, Inc. and Tennessee CVS Pharmacy, LLC prays this Court consider the Notice of Removal as provided by law governing removal of cases to this Court and that this Court enter the appropriate orders to effect the removal of this case from the Hamilton County Circuit Court in Chattanooga, Tennessee to this Court.

Respectfully submitted,

LEWIS THOMASON, P.C.

By: <u>/s/ R. Dale Bay</u>
R. Dale Bay, BPR #10896
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
(615) 259-1366
dbay@lewisthomason.com

*Attorney for Defendants CVS Pharmacy, Inc. and Tennessee CVS Pharmacy, LLC*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Removal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

>Joshua Ward
>R. Ethan Hargraves
>Massey & Associates, PC
>6400 Lee Highway, Suite 101
>Chattanooga, TN 37421
>*Attorneys for Plaintiff*
>
>DiMucci Brainerd Property, LLC
>c/o RA Jerry H. Biederman
>2 N Lasalle Street, STE 2200
>Chicago, IL 60602
>*Defendant DiMucci Brainerd Property, LLC*

THIS 8th day of February 2023.

/s/ R. Dale Bay