# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| JAMES GREGORY LAWSON, | |
| Plaintiff, | Docket No. 1:23-CV-00030 |
| vs | Division: |
| CVS PHARMACY INC and TENNESSEE CVS PHARMACY LLC, | JURY DEMANDED |
| Defendants. | |

## STIPULATION OF DISMISSAL

Come the parties as indicated below by signature of their counsel of record, and hereby stipulate to the dismissal of this civil action with prejudice in light of the settlement agreement reached between the parties. Each party shall be responsible for their own costs and no motion for costs shall be filed by either party.

Accordingly it is **ORDERED, ADJUDGED,** and **DECREED** that this civil action is hereby dismissed with prejudice based upon stipulation of the parties.

ENTERED this 21st day of June, 2024.

s/J. Ronnie Greer
**JUDGE**

*(SIGNATURE FOR APPROVAL ON FOLLOWING PAGE)*

**Approval for Entry:**


MASSEY & ASSOCIATES, PC

By: _____
Joshua Ward, 031329
Lacey W. Rorex, 038110
6400 Lee Highway, Suite 101
Chattanooga TN 37421
Phone: (423) 697-4529
Fax:(423) 634-8886
Josh@masseyattorneys.com
Lacey@masseyattorneys.com
*Attorney for Plaintiff*


LEWIS THOMASON, P.C.

By: W Dawson Ogletree (w/ permission JRW)
W. Dawson Ogletree, 10896
424 Church Street Suite 2500
Nashville, TN, 37219
Phone: (615) 259-1366
Fax:(615) 259-1389
dogletree@lewisthomason.com
*Attorney for Plaintiff*